IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESSICA BLINKHORN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE No. 1:21-cv-03992-TWT |
| AUSTIN & GRACE LLC and | ) |
| MEMORIAL - 285, INC., | ) |
| | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jessica Blinkhorn and Defendants Austin & Grace LLC and Memorial-285, Inc., by and through the undersigned counsel of record, hereby stipulate and agree that the instant matter be dismissed with prejudice, without an award of fees or costs to either party.

Dated: April 18, 2022.

Respectfully submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
Georgia Bar No. 242240
The Law Office of Craig J. Ehrlich, LLC
1123 Zonolite Road, N.E., Suite 7-B
Atlanta, Georgia 30306
Tel: (404) 365-4460
Fax: (855) 415-2480

craig@ehrlichlawoffice.com

/s/Genevieve H. Dame
Genevieve H. Dame
Georgia Bar No. 142229
Dame Law PC
1867 Independence Square, Suite 201
Atlanta, Georgia 30338
Tel: (678) 456-5797 xt101
Fax: (678) 456-5794
GDame@damelawpc.com

/s/Megan Matthews Noble
Megan Matthews Noble
Georgia Bar No. 477009
Drew, Eckl & Farnham, LLP
303 Peachtree Street, N.E., Suite 3500
Atlanta, Georgia 30308
Tel: (678) 456-5797 xt101
Fax: (678) 456-5794
mnoble@deflaw.com

## **CERTIFICATE OF SERVICE**

I certify that on April 18, 2022, I filed the within and foregoing Stipulation of Dismissal with Prejudice using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy of the same to be delivered via electronic mail to the following counsel of record:

Genevieve H. Dame, Esq.
Dame Law PC
1867 Independence Square, Suite 201
Atlanta, Georgia 30338
GDame@damelawpc.com

Megan Matthews Noble, Esq,
Drew, Eckl & Farnham, LLP
303 Peachtree Street, N.E., Suite 3500
Atlanta, Georgia 30308
mnoble@deflaw.com

            /s/Craig J. Ehrlich
            Craig J. Ehrlich

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

            /s/Craig J. Ehrlich
            Craig J. Ehrlich